# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

———————————

**No. ACM 39055**

———————————

**UNITED STATES**
*Appellee*

**v.**

**Jeremiah L. KING**
Airman First Class (E-3), U.S. Air Force, *Appellant*

———————————

Appeal from the United States Air Force Trial Judiciary

Decided 26 July 2017

———————————

*Military Judge:* L. Martin Powell.

*Approved sentence:* Dishonorable discharge, confinement for 9 months, and reduction to E-1. Sentence adjudged 2 March 2016 by GCM convened at Eielson Air Force Base, Alaska.

*For Appellant:* Major Lauren A. Shure, USAF; Captain Patricia Encarnación Miranda, USAF.

*For Appellee:* Major Mary Ellen Payne, USAF; Gerald R. Bruce, Esquire.

Before MAYBERRY, HARDING, and BROWN, *Appellate Military Judges.*

———————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

———————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles

59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the approved findings and sentence are **AFFIRMED**.[*]

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court

---

[*] We note the Court-Martial Order (CMO) misstates the result of trial in two respects. First, the CMO incorrectly reflects Specifications 2 and 4 of Charge III as "*withdrawn and dismissed.*" Those specifications were not withdrawn. Instead the military judge dismissed them pursuant to a Defense motion. Second, the CMO provides that Appellant was found guilty of Specification 3 of Charge III "except the *words* 01889855.jpg and 01218614.jpg" when in fact the finding was "except the *figures* 01889855.jpg and 01218614.jpg; of the excepted *figures*, not guilty." (Emphasis added). We find no prejudice, but to ensure the accuracy of court-martial records, we order promulgation of a corrected CMO.